**PRENOVOST, NORMANDIN, DAWE & ROCHA**
A Professional Corporation
**MICHAEL G. DAWE, SBN 94987**
mdawe@pnbd.com
**BRIAN D. CRONIN, SBN 317209**
bcronin@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:  (714) 547-2444
Fax No.:     (714) 835-2889

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STEVEN GUTIERREZ and AMERICA GUTIERREZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.M. DISTRIBUTING, INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00617-DOC(JEMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. David O. Carter |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. The parties expect to file a stipulation of dismissal of the entire action within 10 days of payment being made under the settlement agreement, which is expected to occur within 20 days of full execution of the agreement.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this document, Brian D. Cronin, attests that all the other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 24, 2020         PRENOVOST, NORMANDIN, DAWE & ROCHA
                               A Professional Corporation


                               By:    */s/ Brian D. Cronin*
                                      MICHAEL G. DAWE
                                      BRIAN D. CRONIN
                                      Attorneys for Plaintiffs


DATED: August 24, 2020         ZUBER LAWLER & DEL DUCA LLP
                               AGNES M. SULLIVAN


                               By:    */s/ Agnes M. Sullivan*
                                      Attorneys for Defendant J.M.
                                      DISTRIBUTING,
                                      INC.

NOTICE OF SETTLEMENT